445 A.2d 215

Commonwealth v. Schlutker, Appellant.

Submitted April 8, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.